

File Date: January 26, 2023
Case Number: 23-cr-42
Judge Margo K. Brodie

January 26, 2023

**MEMORANDUM**
**TO THE CLERK OF THE COURT**
**EASTERN DISTRICT OF NEW YORK**

RE: **Doolittle, Omar**
DOCKET #: **0312 2:19CR00501**
<u>Request for Judicial Reassignment</u>

    Reference is made to Omar Doolittle (Doolittle) who was sentenced on November 14, 2019, before the Honorable Stanley R. Chesler, Senior U.S. District Judge, District of New Jersey to a twenty-four (24) month custodial term on Count 1 and Count 2, to be served consecutively for a total term of forty-eight months, followed by five (5) years of supervised release. The following special conditions were imposed: 1) Full financial disclosure; and 2) Credit restrictions. A $200 special assessment fee and an order of restitution in the amount of $341,421.00 were also imposed; however, a payment plan was not ordered. This sentence followed a guilty plea of Count One: Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, a Class B felony and Count Two: Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1)(2), a Class E felony. On July 18, 2022, Doolittle commenced his term of supervised release in the Eastern District of New York (EDNY), due to his residence in Queens, New York.

    The purpose of this memorandum is to advise that our counterparts in the District of New Jersey (DNJ) have approved a transfer of jurisdiction due to Doolittle's residence within the Eastern District of New York (EDNY).

At this time, we are respectfully requesting that the case be reassigned to a judicial officer in the Brooklyn Courthouse, based on the location of Doolittle's residence in Queens, NY. Please see the attached Probation Form 22, Transfer of Jurisdiction containing the signature of the judicial officer in the DNJ.

RESPECTFULLY SUBMITTED:

ROBERT L. CAPERS
CHIEF U.S. PROBATION OFFICER

PREPARED BY: *[signature: Ivette Farfan]*

Ivette Farfan
U.S. Probation Officer

APPROVED BY: *[signature: Joanmarie Langone]*

Joanmarie Langone
Supervising U.S. Probation Officer